# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>LESLIE W. WULF,<br><br>            Defendant. | **8:06CR110**<br><br>**ORDER** |

Defendant Leslie W. Wulf appeared before the court on March 12, 2018 on a Petition for Warrant for Offender Under Supervision [72]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney John E. Higgins. Defendant waived his right to a preliminary examination. I found that the Report alleged probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Joseph F. Bataillon. The government moved for detention.

A Detention hearing was held on Thursday, March 15, 2018. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on April 9, 2018 at 10:00 a.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 15th day of March, 2018

                                                BY THE COURT:

                                                s/ Susan M. Bazis<br>
                                                United States Magistrate Judge